# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Omran Holding Group | ) ASBCA Nos. 60582, 60583, 60584 |
| | ) 60585, 60586, 60587 |
| | ) 60588, 60589, 60599 |
| | ) |
| Under Contract Nos. W5J9JE-12-C-0008 | ) |
| W5J9JE-12-C-0011 | ) |
| W5J9JE-12-C-0077 | ) |
| W5J9JE-12-C-0106 | ) |
| W5J9JE-12-C-0121 | ) |
| W5J9JE-12-C-0155 | ) |
| W912PP-13-C-0004 | ) |
| W5J9JE-14-C-0013 | ) |
| W912BU-15-C-0001 | ) |

APPEARANCES FOR THE APPELLANT:    Dirk D. Haire, Esq.
Alexa Santora, Esq.
 Fox Rothschild LLP
 Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
 Engineer Chief Trial Attorney
James D. Stephens, Esq.
Justin P. McCorcle, Esq.
 Engineer Trial Attorneys
 U.S. Army Engineer District, Middle East
 Winchester, VA

## ORDER OF DISMISSAL

On October 29, 2018, appellant filed an unopposed motion to dismiss with prejudice. The appeals are dismissed with prejudice.

Dated: October 30, 2018

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60582, 60583, 60584, 60585, 60586, 60587, 60588, 60589, 60599, Appeals of Omran Holding Group, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2